| STATE OF MICHIGAN<br>62B JUDICIAL DISTRICT<br>17TH JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | DISTRICT:<br>CIRCUIT:<br>CTN: 96-24900573-01<br>MSP #:     24-60116-FY |
|---|---|---|
| District Court ORI: MI410085J | Circuit Court ORI: MI410025J | AG ORI: MI820025A |

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>v BRIAN WILLIAM KEELY<br>2290 4 MILE RD<br>GRAND RAPIDS, MI 49544 | Victim or complainant<br>STATE OF MICHIGAN<br>Complaining Witness<br>S/A PAYTRA JOHNSON |
|---|---|---|
| Co-defendant(s) (If known) | | Date: On or about<br>04/17/2024 |
| City/Twp./Village<br>Kent County | County in Michigan  KENT     Defendant TCN | Defendant CTN  96-24900573-01     Defendant SID |
| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN in Ref. No. row 3 on MC 97     DLN Type:     Vehicle Type | Defendant Sex  M     Defendant Race  W |
| Police agency report no.<br>M50 | Charge<br>See below | Maximum penalty<br>See below |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

STATE OF MICHIGAN COUNTY OF KENT

The complaining witness says that on the date and at 5260 Eastern Ave Kentwood, MI, the defendant, contrary to law,

**COUNT 1:   HOMICIDE - MURDER - SECOND DEGREE**
did with intent to kill, to do great bodily harm, or to act in wanton and willful disregard of the likelihood that the natural tendency of said act would cause death or great bodily harm, kill a[r] Upon one ; Samuel Da Jon Cornelius Sterling, said act committed without premeditation or deliberation; contrary to MCL 750.317.  [750.317] FELONY:   Life or any term of years; a consecutive sentence may be imposed under MCL 769.36 for each death that resulted from operating a vehicle, vessel, ORV, snowmobile, aircraft, or locomotive; DNA to be taken upon arrest.

**COUNT 2:   HOMICIDE - MANSLAUGHTER - INVOLUNTARY**
did cause the death of Samuel Da Jon Cornelius Sterling by committing the following act or acts in a grossly negligent manner, the apprehension of Samuel Da Jon Cornelius Sterling; contrary to MCL 750.321.  [750.321-C] FELONY: 15 Years and/or $7,500.00; DNA to be taken upon arrest; a consecutive sentence may be imposed under MCL 769.36 for each death that resulted from operating a vehicle, vessel, ORV, snowmobile, aircraft, or locomotive.

Motor Vehicle Advisory Notice: As used in this section, "felony in which a motor vehicle was used" means a felony during the commission of which the individual convicted operated a motor vehicle and while operating the vehicle presented real or potential harm to individuals or property. A violation of section 413 of the Michigan penal code, 1931 PA 328, MCL 750.413 and 750.732

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

The complaining witness asks that the defendant be apprehended and dealt with according to law.

| Warrant authorized on   05/28/2024   by:<br>Date<br>*(signature)* P57211<br>Oronde Patterson (P57211)<br>First Assistant Attorney General<br>Michigan Department of Attorney General<br>Criminal Trials Division<br>3030 W. Grand Boulevard Ste 10-200<br>Detroit, MI  48202<br>313-456-0180<br>☐ Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br><br>*(signature)*<br>Complaining Witness Signature<br><br>5/28/24<br>Date |
|---|---|

**See return on next page.**
**MC 200w**  (9/22)   FELONY SET, Warrant (PACC-PAAM Replacement)         MCL 764.1 *et seq.,* MCL 766.1 *et seq.,*   MCL 767.1 *et seq.,* MCR 6.102