UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

STATE OF MICHIGAN,

    Plaintiff,

v.

BRIAN WILLIAM KEELY,

    Defendant.

_____/

Case No. 1:24-cr-115

Hon. Hala Y. Jarbou

## ORDER

On July 9, 2024, the Court removed this matter from the 62B District Court under 28 U.S.C. § 1455(b)(5). (ECF No. 3). To facilitate the efficient handling of this matter, the Court will conduct a status conference. Accordingly,

**IT IS ORDERED** that the parties shall appear before **Magistrate Judge Phillip J. Green** on **September 12, 2024, at 2:00 p.m.** in **Courtroom 499, Gerald R. Ford Federal Building and Courthouse, 110 Michigan Street, NW, Grand Rapids, Michigan.**

**IT IS FURTHER ORDERED** that the parties shall be prepared to discuss the following issues:

1. whether, under Michigan substantive law, this matter may proceed to trial on the 62B District Court Felony Complaint, with or without a preliminary hearing;

2. whether the Fifth Amendment's grand jury requirement applies to this case, notwithstanding the application of Michigan substantive law;

3. the scheduling of a preliminary hearing, an arraignment, a bond hearing, and a pretrial discovery conference, as may be necessary to comply with federal procedural requirements;

4. the application of the Speedy Trial Act to this case; and

5. any other pretrial matter anticipated by the parties.

**IT IS SO ORDERED.**

Date: August 29, 2024                           /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE